DAC $

PATENT
Attorney Docket No. 3827.02



### UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| CHENG-CHUNG WANG | ) |
| U.S. PATENT NO.: 6,754,926 | ) |
| Issue Date: June 29, 2004 | ) |
| Appl. Serial No. 10/233,994 | ) |
| Filing Date: August 29, 2002 | ) |

RECEIVED
MAY 2 7 2005
OFFICE OF PETITIONS

Subject: INFLATABLE BED

### CERTIFICATE OF HAND CARRYING

I hereby certify that this correspondence is being hand carried and deposited with the U.S. Patent and Trademark Office on May 23, 2005.

_____
Annette Masiello or Rayline Pettit

Mail Stop Petition
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

### TRANSMITTAL LETTER

Please find enclosed herewith:

1

1. Transmittal Letter, in duplicate;
2. Petition to Convert Status from Small Entity to Large Retroactive to Filing Date with attached Item A; and
3. Postcard.

If any fees are required with the filing of these documents, the Commissioner is authorized to charge such fees to Deposit Account No. 16-1331.

Favorable action is respectfully requested.

Respectfully submitted,
CHENG-CHUNG WANG

Date: May 20, 2005

by _____
Allston L. Jones
(Reg. No. 27,906)

Peters Verny Jones Schmitt & Aston, L.L.P.
425 Sherman Ave., Suite 230
Palo Alto, CA 94306
VOICE: (650) 324-1677
FAX: (650) 324-1678
e-mail: ajones888@earthlink.net
Attorney Docket No. 3827.02

2



#7

PATENT
Attorney Docket No. 3827.02

UNITED STATES PATENT AND TRADEMARK OFFICE

| CHENG-CHUNG WANG )
)
U.S. PATENT NO.: 6,754,926 ) **PETITION TO CONVERT STATUS**
)
Issue Date: June 29, 2004 ) **FROM SMALL ENTITY TO LARGE**
)
Appl. Serial No. 10/233,994 ) **RETROACTIVE TO FILING DATE**
)
Filing Date: August 29, 2002 )
)

Subject:     INFLATABLE BED

**CERTIFICATE OF HAND CARRYING**
I hereby certify that this correspondence is being hand carried and deposited with the U.S. Patent and Trademark Office on ___May 23, 2005___.

05/26/2005 SLUANG2 00000001 161331 10233994
01 FC:1501     1170.00 DA     230.00 OP

_Annette Masiello_
Annette Masiello or Rayline Pettit

Mail Stop Petition
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

SIR:

The above-identified application, when filed, claimed small entity status and all fees paid from that date to the present were paid at the small entity rate.

We at all times have been the U. S. representative in the above-identified application and patent for the firm Saint Island International Patent & Law Office in Taipei, Taiwan, and their client is the Applicant, Cheng-Chung Wang.

05/25/2005 SLUANG1 00000012 10233994
01 FC:1001         790.00 OP

Recently we received a letter from Saint Island (copy attached as Item A) in which we were informed for the first time that the Applicant should have been characterized as a large entity from the filing date to the present. In the letter from Saint Island, as can be seen from Item A, they also had just learned that the Applicant had, and still has, a factory in Mainland China which qualified the Applicant as a large entity from at least the filing date of the above-identified patent application, and is still a large entity as per the U.S. definition of same.

Since we and Saint Island only recently learned that large entity status should have been claimed in the above-identified application and patent from the filing date, there has been no fraud on, or intention to deceive, the Patent Office by the earlier claim of small entity status as there was no assignment of the application and patent to any one or entity other than the Applicant as an individual.

Thus it is respectfully requested that the status be changed to a large entity retroactive back to the filing date of August 29, 2002 by payment of the deficiency in fees plus the petition fee.

Having reviewed the file, based on my calculations and the current fee charges, if the application had been filed based on the current fee schedule, the fees that would have been paid through the issue fee would have been:

| | | |
|---|---|---|
| Filing/search/examination | | $1000 |
| Publication Fee | | $ 300 |
| Issue Fee | | $1400 |
| | A Total of | $2700 |

The fees that have been paid previously are:

| | | |
|---|---|---|
| Filing Fee | | $ 370 |
| Publication and Issue fees | | $ 980 |
| | A Total of | $1350 |

Thus, the deficiency is:

| | |
|---|---|
| Current Fee Total | $2700 |
| minus Fees previously paid | $1350 |
| Difference | $1350 |

In addition to the deficiency, the Commissioner is due a fee for a Petition Not Specifically Provided For of $400.

Thus the total due the Patent Office based on the above calculations is:

|  |  |
|---|---|
| Deficiency | $1350 |
| Petition fees | $ 400 |
| Total | $1750 |

Thus the Commissioner is authorized to charge $1750, and any additional required fees to Deposit Account 16-1331.

A duplicate of this Petition is enclosed.

                                                Respectfully submitted,
                                                CHENG-CHUNG WANG

Customer No. 23308                      by
                                                Allston L. Jones
                                                Reg. No. 27,906

Peters, Verny, Jones, Schimtt & Aston, LLP
425 Sherman Ave., Suite 230
Palo Alto, CA 94306
Voice: 650/324-1677 [Mail Box 105]
FAX: 650/324-1678
May 20, 2005

MAR-24-2005 THU 18:16     SAINT ISLAND              FAX NO. 886227316377          P. 01/01

ITEM A

Patrick I.C. Yun
William W.L. Chen
Hong-Yue Du
Frank F.J. Liu
Chi-I Wang
Yun-Cheng Song
Quentin C.S. Yang
Jack W.Y. Kong
Chien-Wan Liu
Spencer C.N. Chen
Simon S.L. Chang
Joe-Ling Lin
Ta-Kai Shao
Yu-Jiunn Kao

Jennifer W.L. Chang
Anastasia L.C. Lai
Vera Kuo
Chung-Tien Liu
Carl H.N. Chem
Pei-Ling Chiou
Kenbert I. Ting
Julia Y.M. Hung
Jack Chen
Amanda Y.S. Liu
-----------
Counsel
Wen-Baw Lin

## SAINT ISLAND
### INTERNATIONAL PATENT & LAW OFFICES

7th Floor, No. 248, Section 3, Nanking East Road,
Taipei 105-45, Taiwan, R.O.C.
P.O. Box 81-974 Taipei, Taiwan, R.O.C.
E-Mail: siiplo@mail.saint-island.com.tw
Web Site: http://www.saint-island.com.tw
Facsimile: 886-2-2731-6377
Telephone: 886-2-2775-1823

(Via Telecopier -- Number of Pages: 1)

March 24, 2005

Your Ref.: 3827.02                              Our Ref.: PE-22322-AM

Mr. Allston L. Jones
PETERS, VERNY, JONES & SCHMITT, LLP
425 Sherman Avenue, Suite 230
Palo Alto, CA 94306
U.S.A.

> Re: U.S. Patent No. 6,754,926
> "INFLATABLE BED"
> In the name of Cheng-Chung WANG

Dear Mr. Jones,

It has just come to our attention that the Patentee has a factory in Mainland China that qualifies as a large entity at the time the application was filed. Hence, we believe that small entity status was erroneously claimed for the application.

Therefore, please provide us with an estimate of the costs, inclusive of your service charges and the official fee, for filing a notification before the USPTO of the change in status and for payment of any deficiency in the basic filing fee and issue fee. Kindly also provide us with the requisite form(s) for execution by the client.

Looking forward to hearing from you soon, we remain,

Faithfully yours,

SAINT ISLAND INTERNATIONAL
PATENT & LAW OFFICES

For the firm

HYD/cy