# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| THE COLEMAN COMPANY, INC., <br><br>  Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TEAM WORLDWIDE CORPORATION, <br><br>  Defendant/Counterclaim Plaintiff. | C.A. No: 2:20-cv-351-RGD <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SUBMISSION OF REPORT REGARDING ELECTRONICALLY STORED INFORMATION SUBMITTED BY PLAINTIFF'S PURSUANT TO THE COURT'S DECEMBER 21, 2020 ORDER

Please take notice that Plaintiff The Coleman Company, Inc., by counsel, hereby submits to the Court its Report Regarding Electronically Stored Information (ESI) as required by the Court's Order Regarding Electronically Stored Information (ESI) (ECF No. 28) dated December 21, 2020.

Dated: March 4, 2021         Respectfully submitted,

By:   /s/ R. Braxton Hill, IV
R. Braxton Hill, IV (VSB 41539)
Michael W. Smith (VSB 01125)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel: (804) 697-4100
Fax: (804) 697-4112
bhill@cblaw.com
msmith@cblaw.com

John W. Harbin (*pro hac vice*)
Gregory J. Carlin (*pro hac vice*)
David S. Moreland (*pro hac vice*)
Steven M. Philbin (*pro hac vice*)

MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
(404) 645-7700
jharbin@mcciplaw.com
gcarlin@mcciplaw.com
dmoreland@mcciplaw.com
sphilbin@mcciplaw.com

*Counsel for the Plaintiff,*
*The Coleman Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:     /s/ R. Braxton Hill, IVColeman
R. Braxton Hill, IV (VSB 41539)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel: (804) 697-4100
Fax: (804) 697-4112
bhill@cblaw.com

*Counsel for the Plaintiff,
The Coleman Company, Inc.*