# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| The Coleman Company, Inc.,  ) | |
| ) | |
|     *Plaintiff/Counterclaim Defendant*,  ) | |
| ) | |
| v.  ) | Civil Action No: 2:20cv351-RGD-RJK |
| ) | |
| Team Worldwide Corporation, et al.,  ) | |
| ) | |
|     *Defendant/Counterclaim Plaintiffs*.  ) | |
| _____  ) | |

## DEFENDANT/COUNTERCLAIM PLAINTIFFS TEAM WORLDWIDE CORPORATION AND CHENG-CHUNG WANG'S MOTION TO COMPEL

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 37(A), Defendant Team Worldwide Corporation and Counterclaim Plaintiff Cheng-Chung Wang (collectively "Defendants" or "TWW"), by and through its undersigned counsel, hereby move to compel discovery from plaintiff The Coleman Company, Inc. ("Plaintiff" or "Coleman"). Specifically, TWW asks the Court to order Coleman to complete its production of documents responsive to each of TWW's first set of Requests for Production, Nos. 1-97, and TWW's Interrogatory Nos. 2, 3, 5, 7, and 14 within ten days of the date of the order.

Further support for this Motion is detailed in the Memorandum in Support, filed this same day. A proposed Order granting this relief is attached hereto.

Dated: May 14, 2021

By: /s/_____
William R. Poynter (VSB No. 48672)
David Sullivan (VSB No. 45027)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Phone: 757.238.6383
Fax: 757.304.6175

wpoynter@kaleolegal.com
dsullivan@kaleolegal.com

J. Michael Woods (*pro hac vice*)
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560
michaelw@ruyakcherian.com

Of Counsel:

Korula Cherian
**RuyakCherian LLP**
1936 University Ave., Ste. 350
Berkeley, CA 94702
Telephone: (510) 944-0190
sunnyc@ruyakcherian.com

*Attorneys for Team Worldwide Corporation and Cheng-Chung Wang*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

Dated:  May 14, 2021

                                            /s/William R. Poynter

                                            William R. Poynter (VSB No. 48672)

                                            *Attorney for Defendant Team Worldwide Corporation and Counterclaim Plaintiff Cheng-Chung Wang*