IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| THE COLEMAN COMPANY, INC., § | |
| § | |
| *Plaintiff/Counterclaim Defendant,* § | |
| § | |
| v. § | Civil Action No. 2:20-cv-351-RGD |
| § | |
| TEAM WORLDWIDE CORPORATION, et al. § | |
| § | |
| *Defendant/Counterclaim Plaintiffs.* § | |

**NOTICE PURSUANT TO THE COURT'S**
**ORDER REGARDING ELECTRONICALLY STORED INFORMATION (ESI)**

Defendant Team Worldwide Corporation, by its counsel, hereby submits to the Court its Report Regarding Electronically Stored Information, attached as **Exhibit 1**, as required by the Court's Order Regarding Electronically Stored Information dated December 21, 2020.

Dated: June 2, 2021                    By: /s/_____

William R. Poynter (VSB No. 48672)
David Sullivan (VSB No. 45027)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Phone: 757.238.6383
Fax: 757.304.6175
wpoynter@kaleolegal.com
dsullivan@kaleolegal.com

J. Michael Woods (*pro hac vice*)
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560
michaelw@ruyakcherian.com
*Attorneys for Team Worldwide Corporation and Cheng-Chung Wang*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021, a copy of DEFENDANT TEAM WORLDWIDE CORPORATION'S NOTICE PURSUANT TO THE COURT'S ORDER REGARDING ELECTRONICALLY STORED INFORMATION (ESI) was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

Dated:  June 2, 2021

/s/William R. Poynter
William R. Poynter (VSB No. 48672)

*Attorney for Defendant Team Worldwide Corporation*
