# EXHIBIT 4

Stevick Deposition, Exhibit 16.MOV