IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| The Coleman Company, Inc., | ) |
| *Plaintiff/Counterclaim Defendant*, | ) |
| v. | ) Civil Action No: 2:20cv351-RGD-RJK |
| Team Worldwide Corporation, | ) |
| *Defendant/Counterclaim Plaintiff* | ) |
| and | ) |
| Cheng-Chung Wang | ) |
| *Counterclaim Plaintiff* | ) |

**TEAM WORLDWIDE CORPORATION AND CHENG-CHUNG WANG'S NOTICE OF MOTION TO SEAL THEIR OPPOSITION TO PLAINTIFF THE COLEMAN COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that Defendant/Counterclaim Plaintiff Team Worldwide Corporation and Counterclaim Plaintiff Cheng-Chung Wang (collectively, "TWW"), by counsel, in accordance with Local Rule 5 and the Protective Order entered in this case (ECF No. 55) ("Protective Order"), have moved the Court for leave to file under seal TWW's unredacted Opposition to Plaintiff The Coleman Company, Inc.'s Motion for Summary Judgment and supporting Exhibit B thereto. The grounds in support of TWW's Motion to Seal are set forth in TWW's non-confidential Memorandum in Support of its Motion to Seal.

Before the Court may seal court documents, "it must give public notice of the request to seal and allow interested parties a reasonable opportunity to object." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000). In compliance with Local Rule 5 of the Rules of the Eastern District of Virginia and *Ashcraft*, TWW posts the following notice:

1

Interested parties and non-parties may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal and designate all or part of such memoranda as confidential. Any information designated as confidential in supporting or opposing memoranda will be treated as sealed pending a determination by the Court on the motion to seal.

This serves as public notice that any person objecting to the motion must file an objection with the Clerk within seven (7) days after the filing of the motion to seal and that if no objection is filed in a timely manner, the Court may treat the motion as uncontested. Objections to the motion should be filed in the Civil Section of the Clerk's Office. The Notice will be posted for a minimum of forty-eight (48) hours.

Dated: November 5, 2021                                  Respectfully submitted,

By:  /s/ Alexandra M. Gabriel
Alexandra M. Gabriel (VSB No. 89185)
William R. Poynter (VSB No. 48672)
David Sullivan (VSB No. 45027)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Phone: 757.238.6383
Fax: 757.304.6175
agabriel@kaleolegal.com
wpoynter@kaleolegal.com
dsullivan@kaleolegal.com

Thomas M. Dunham (pro hac vice)
J. Michael Woods (pro hac vice)
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560
tomd@ruyakcherian.com
michaelw@ruyakcherian.com


Korula Cherian
Robert Harkins
**RuyakCherian LLP**

        1936 University Ave., Ste. 350
        Berkeley, CA 94702
        Telephone: (510) 944-0190
        sunnyc@ruyakcherian.com
        bobh@ruyakcherian.com

*Attorneys for Team Worldwide Corporation and Cheng-Chung Wang*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on November 5, 2021 with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered users.

By: /s/ Alexandra M. Gabriel
Alexandra M. Gabriel (VSB No. 89185)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Phone: 757.238.6383
Fax: 757.304.6175
agabriel@kaleolegal.com
