IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| THE COLEMAN COMPANY, INC., §<br>§<br>*Plaintiff/Counterclaim Defendant,* §<br>§<br>v. §<br>§<br>TEAM WORLDWIDE CORPORATION, §<br>§<br>*Defendant/Counterclaim Plaintiff* §<br>§<br>and §<br>§<br>CHENG-CHUNG WANG, §<br>§<br>*Counterclaim Plaintiff.* § | Civil Action No. 2:20-cv-351-RGD<br><br>JURY TRIAL DEMANDED |

**TEAM WORLDWIDE CORPORATION'S MOTION FOR SUMMARY JUDGEMENT OF INVALIDITY OF PLAINTIFF'S U.S. PATENT NO. 7,089,618 AND OF THE VALIDITY OF DEFENDANT'S U.S. PATENT NO. 6,754,926**

Defendant/Counterclaim Plaintiff Team Worldwide Corporation ("TWW") hereby moves this Court,[1] pursuant to Fed. R. Civ. P. 56(a) for an Order:

1. granting summary judgment of invalidity of all asserted claims of U.S. Patent No. 7,089,618; and

2. granting summary judgment of no invalidity of the asserted claims of U.S. Patent No. 6,754,926 as to utility under 35 U.S.C. §101 and indefiniteness and best mode under 35 U.S.C. §112.

For the reasons set forth in the accompanying memorandum of law and statement of undisputed material facts, there is no genuine dispute of material fact regarding invalidity of U.S.

---

[1] Counterclaim Plaintiff Cheng-Chung Wang joins the Motion with respect to summary judgment of the validity of U.S. Patent No. 6,754,926.

Patent No. 7,089,618 or validity of U.S. Patent No. 6,754,926, and summary judgement in favor of TWW on both these issues is appropriate.

Dated: November 10, 2021

Respectfully submitted,

By: /s/ Alexandra M. Gabriel
Alexandra M. Gabriel (VSB No. 89185)
William R. Poynter (VSB No. 48672)
David Sullivan (VSB No. 45027)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Phone: 757.238.6383
Fax: 757.304.6175
agabriel@kaleolegal.com
wpoynter@kaleolegal.com
dsullivan@kaleolegal.com

Thomas M. Dunham (pro hac vice)
J. Michael Woods (pro hac vice)
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560
tomd@ruyakcherian.com
michaelw@ruyakcherian.com

Korula Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave., Ste. 350
Berkeley, CA 94702
Telephone: (510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

*Attorneys for Team Worldwide Corporation and Cheng-Chung Wang*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on November 10, 2021 with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered users.

By: /s/ Alexandra M. Gabriel
Alexandra M. Gabriel (VSB No. 89185)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Phone: 757.238.6383
Fax: 757.304.6175
agabriel@kaleolegal.com