**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| The Coleman Company, Inc., | ) |
| | ) |
| *Plaintiff/Counterclaim Defendant,* | ) |
| | ) |
| v. | ) Civil Action No: 2:20cv351-RGD-RJK |
| | ) |
| Team Worldwide Corporation, | ) |
| | ) |
| *Defendant/Counterclaim Plaintiff* | ) |
| | ) |
| and | ) |
| | ) |
| Cheng-Chung Wang | ) |
| | ) |
| *Counterclaim Plaintiff* | ) |
| _____ | ) |

**TEAM WORLDWIDE CORPORATION'S MOTION TO SEAL ITS MEMORANDUM
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGEMENT OF INVALIDITY OF
PLAINTIFF'S U.S. PATENT NO. 7,089,618 AND OF THE VALIDITY OF
DEFENDANT'S U.S. PATENT NO. 6,754,926**

Pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 5(C) and Paragraph 8 of the

Stipulated Protective Order entered in this case (ECF No. 25), Defendant/Counterclaim Plaintiff

Team Worldwide Corporation and Counterclaim Plaintiff Cheng-Chung Wang (collectively,

"TWW"), by counsel, respectfully move the Court for entry of the attached order permitting TWW

to file under seal the unredacted Memorandum in Support of Its Motion for Summary Judgment

of Invalidity of Plaintiff's U.S. Patent 7,089,618 and of the Validity of Defendant's U.S. Patent

No. 6,754,926 and certain supporting exhibits. Paragraph 15 of the Protective Order states that:

"Any DESIGNATED MATERIAL that is filed with the Court…shall be filed under seal and shall

remain under seal until further order of the Court…." (ECF No. 55). In addition, TWW has

separately filed a Notice of Motion to Seal to provide the public with an opportunity to bring

objections, if any, to sealing the documents that are the subject of this motion.

        **WHEREFORE**, for the reasons set forth in the accompanying Memorandum in Support

of the Motion to Seal, TWW respectfully requests that the Court grant the instant motion.

Dated: November 10, 2021                      Respectfully submitted,

                                    By:  /s/ Alexandra M. Gabriel_____
                                    Alexandra M. Gabriel (VSB No. 89185)
                                    William R. Poynter (VSB No. 48672)
                                    David Sullivan (VSB No. 45027)
                                    KALEO LEGAL
                                    4456 Corporation Lane, Suite 135
                                    Virginia Beach, VA 23462
                                    Phone: 757.238.6383
                                    Fax: 757.304.6175
                                    agabriel@kaleolegal.com
                                    wpoynter@kaleolegal.com
                                    dsullivan@kaleolegal.com

                                    Thomas M. Dunham (pro hac vice)
                                    J. Michael Woods (pro hac vice)
                                    **RuyakCherian LLP**
                                    1901 L St. NW, Suite 700
                                    Washington, DC 20036
                                    Telephone: (202) 838-1560
                                    tomd@ruyakcherian.com
                                    michaelw@ruyakcherian.com

                                    Korula Cherian
                                    Robert Harkins
                                    **RuyakCherian LLP**
                                    1936 University Ave., Ste. 350
                                    Berkeley, CA 94702
                                    Telephone: (510) 944-0190
                                    sunnyc@ruyakcherian.com
                                    bobh@ruyakcherian.com

                                    *Attorneys for Team Worldwide Corporation*
                                    *and Cheng-Chung Wang*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing on November 10, 2021 with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing to all

registered users.

By: /s/ Alexandra M. Gabriel
Alexandra M. Gabriel (VSB No. 89185)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Phone: 757.238.6383
Fax: 757.304.6175
agabriel@kaleolegal.com