# EXHIBIT G
# FILED UNDER SEAL

Page 1

1    WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY

2           IN THE UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF VIRGINIA

4                    NORFOLK DIVISION

5    -------------------------------------------X
     THE COLEMAN COMPANY, INC.,
6
                   Plaintiff/Counter-claim Defendant,
7

8                     vs.

9    TEAM WORLDWIDE CORPORATION,

10                 Defendant/Counter-claim Plaintiff.
     -------------------------------------------X
11

12                 ATTORNEYS' EYES ONLY

13   VIDEOTAPED DEPOSITION OF WILLIAM SINGHOSE, Ph.D

14                taken remotely via ZOOM

15                   Atlanta, Georgia

16             Wednesday, August 18, 2021

17

18   REPORTED BY:
                  BOBBIE ZELTMAN
19                Professional Realtime Court Reporter
                  and Notary for New York and Florida
20                Located in Fort Lauderdale, Florida

21

22   Job Number  198481

23

24

25

Page 2

1  WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
2
3                       August 18, 2021
                        9:33 a.m.
4
5          Videotaped deposition of WILLIAM SINGHOSE,
6  Ph.D, taken by Plaintiff, pursuant to Notice, taken
7  remotely via ZOOM in Atlanta, Georgia before BARBARA
8  R. ZELTMAN, a Professional Realtime Court Reporter
9  and Notary Public within and for the State of
10 Florida.

Page 3

1  WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
2  A P P E A R A N C E S:
3
4            ***ALL APPEARING REMOTELY***
5
6  RUYAK CHERIAN
7  Attorneys for Team Worldwide Corporation
8     1901 L Street, NW
9     Washington, DC 20036
10    BY:  MICHAEL WOODS, ESQ.
11
12
13 MEUNIER CARLIN & CURFMAN
14 Attorneys for Defendant The Coleman Company
15    999 Peachtree Street NE
16    Atlanta, Georgia 30309
17    BY:  DAVID MORELAND, ESQ.
18
19
20 ALSO PRESENT:  Mark Von Lanken, Videographer

Page 4

1  WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
2
3          IT IS HEREBY STIPULATED AND AGREED
4    by and between the attorneys for the respective
5    parties herein that filing and sealing be and
6    the same are hereby waived.
7          IT IS FURTHER STIPULATED AND AGREED
8    that all objections, except as to the form of
9    the question, shall be reserved to the time
10   of trial.
11         IT IS FURTHER STIPULATED AND AGREED
12   that the within deposition may be signed and
13   sworn to before any officer authorized to
14   administer an oath with the same force and
15   effect as if signed and sworn to before
16   the Court.

Page 5

1  WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
2           THE VIDEOGRAPHER:  Good
3    morning, Counselors.
4           My name is Mark Von Lanken.  I'm a
5    certified legal videographer in
6    association with TSG Reporting, Inc.
7           Due to the severity of the COVID-19
8    and following the practice of social
9    distancing, I will not be in the same
10   room with the witness; instead, I will
11   record this videotaped deposition
12   remotely.
13          The reporter, Barbara Zeltman, also
14   will not be in the same room and will
15   swear the witness in remotely.
16          Do all parties stipulate to the
17   validity of this video recording and
18   remote swearing and that it will be
19   admissible in the courtroom as if it had
20   been taken following Rule 30 of the
21   Federal Rules of Civil Procedures and the
22   state's rules where this case is pending?
23          MR. MORELAND:  Yes, for
24   The Coleman Company.
25          MR. WOODS:  Team Worldwide

```
                                              Page 74
 1   WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
 2       surface.  It just sat there and satisfied my
 3       needs as a user of an air mattress.
 4              So it doesn't come to mind that
 5       that would be a real strong marketable
 6       feature, so I'm not surprised that a lot of
 7       people don't do it.  But I think people have
 8       done it in the past and I think it would be
 9       easy to do.
10       Q    Let's go now to Exhibit 1, your
11       opening report on the '618 patent.
12              MR. WOODS:  Bear with me one
13          moment.
14   BY MR. WOODS:
15       Q    I'm looking now at the section that
16       begins with Paragraph 64 in Exhibit 1, your
17       opening report.
18              Let me know when you're there,
19       please.
20       A    Okay, I'm there.
21       Q    In this section, you're looking at
22       Claim 1.e of the '618 patent, which says,
23       "At least one mattress coil disposed within
24       said air chamber that at least one coil
25       being affixed to and extending continuously
```

```
                                              Page 75
 1   WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
 2       from the first panel to the second panel,
 3       respectively."
 4              Going to the next page at the top
 5       of Page 28, you have an image there of a
 6       cross-section of an accused TWW product.
 7              And is it your opinion that
 8       those -- that what's shown there meets the
 9       claim element for mattress coils?
10              MR. MORELAND:  Objection.
11          Form.  I think you said Page 28.  I
12          think you were referring to Page 26
13          of 28.
14              MR. WOODS:  Yeah, I'm sorry.
15   BY MR. WOODS:
16       Q    I took you to what was Page 27 to
17       get you to Paragraph 64 and now going to the
18       next page looking at the top of Page 28.
19       A    I think I understood the question.
20       Q    Exhibit 1.  Okay.
21              MR. MORELAND:  Michael, you may
22          have to repeat that question.
23              MR. WOODS:  I'm sorry.  Okay.
24          I thought he said he understood the
25          question.  Okay.
```

```
                                              Page 76
 1   WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
 2   BY MR. WOODS:
 3       Q    Looking at the top of Page 28, you
 4       have an image of a cross-section of an
 5       accused TWW product.
 6              Is it your opinion that what's
 7       shown there meets this claim element
 8       involving mattress coils?
 9       A    Yes.
10       Q    And what is your understanding of
11       what is required for something to be a
12       mattress coil in the context of the
13       '618 patent?
14       A    I think the '618 patent mattress
15       coil indicates some physical structure that
16       extends, as it says in the limitation,
17       continuously from the first panel, the top
18       panel to the bottom panel.  So the
19       structures that extend between those two
20       would tend to hold those surfaces, those
21       panels together when it's inflated.
22       Q    So then it's your opinion that
23       what's shown -- strike that.
24              Is it your opinion then that it
25       just needs to be something that holds those
```

```
                                              Page 77
 1   WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
 2       two that run continuously from the first
 3       panel to the second panel?
 4              MR. MORELAND:  Object to scope.
 5          Foundation.
 6              Go ahead.
 7       A    Yes, the '618 doesn't clarify what
 8       exactly these should look like in detail.
 9       There's just some material that extends from
10       the top to the bottom and the obvious use of
11       those is that when you put air in here, it
12       stops the two surfaces from spreading too
13       far apart.
14              MR. WOODS:  Bear with me just a
15          moment.
16              Dr. Singhose, I've uploaded to the
17          Chat feature what's been marked as
18          Exhibit 7.
19              Please let me know when you have
20          that downloaded and open, please.
21              THE WITNESS:  Okay.  I have
22          that downloaded and open.
23              (Singhose Exhibit 7, US Patent
24          No. 7,089,618 to Metzger,
25          COLEMAN_0000001 through
```

Page 78

1   WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
2           COLEMAN_0000009, was marked for
3       Identification.)
4   BY MR. WOODS:
5       Q    You have in front of you what's
6       been marked as Singhose Exhibit 7.
7                It is US Patent Number 7,089,618.
8       It is a nine-page document with a beginning
9       Bates number in the lower right -- starting
10      in the lower right of the first page of
11      COLEMAN_0000001.
12               Are you familiar with this
13      document?
14      A    Yes.
15      Q    If you can go please to Column 5
16      and I'm looking at the paragraph that begins
17      about Line 11.
18               Let me know when you're there.
19      A    Okay.
20      Q    It says in this paragraph beyond
21      the second line, it says, "Each coil 18 has
22      a first elongated member 19 and a space
23      second elongate member 20 joined at one end
24      to a first plate 21 and at a space second
25      end to a second plate 23."

Page 79

1   WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
2                Is it your understanding that the
3       claim limitations which require mattress
4       coils in the '618 are limited to this
5       description in the specification about a
6       coil?
7                MR. MORELAND:  Object to scope.
8                Go ahead.
9       A    No, I do not think there's mention
10      of limited to the description of a coil that
11      is just in that one part of the patent
12      because the coils and their properties are
13      discussed in other parts of the patent as
14      well.
15  BY MR. WOODS:
16      Q    I'm sorry.  I was on mute again.
17      Thank you.
18               If you can go back please to
19      Exhibit 1 at the top of Page 28 again and
20      just let me know when you're there.
21      A    Okay.
22      Q    I'm sorry.  Did you say you're
23      there?
24      A    Yes, I'm there.
25      Q    Oh, okay.  Apologies.  I didn't get

Page 80

1   WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
2       that one.
3                Okay.  In the top of the page is a
4       photo what you showed as you identified as
5       mattress coils going from a first panel to a
6       second panel.
7                In the accused products, did you
8       see any instances where those coils, what
9       you've identified as coils went through what
10      you've identified to the left -- on the left
11      side of that image as side support beams?
12      A    No.
13               MR. WOODS:  Just bear with me
14      just one second.
15  BY MR. WOODS:
16      Q    If you can go now to Exhibit 3,
17      your reply report of August 12, 2021,
18      please, and go to Paragraph 16 and let me
19      know when you're there.
20      A    Okay.  I'm there.
21      Q    And it's your opinion that the
22      accused TWW products do not have multiple
23      air chambers; is that correct?
24      A    Yes.
25      Q    Looking back now to the TWW's

Page 81

1   WILLIAM SINGHOSE, Ph.D - ATTORNEYS' EYES ONLY
2       '926 patent, is it your opinion that the
3       '926 patent claims multiple air chambers?
4       A    Just turn back to the '926 patent
5       that you are asking about and took a quick
6       look at Claim 1, and in Claim 1 it is
7       claiming an upper air chamber, an annular
8       lower peripheral air chamber, so the
9       '926 patent is claiming two air chambers in
10      the way it uses the phrase "air chamber."
11      Q    And you understand that TWW argues
12      that the accused products here practice
13      TWW's '926 patent; is that correct?
14      A    Just to clarify, since there's a
15      suit and countersuit, the TWW products
16      practice the '926 -- I think what you are
17      saying --
18      Q    Let me rephrase.  You are right,
19      that's not clear.  Let me rephrase.
20               Do you understand that TWW states
21      that the TWW products accused by Coleman of
22      infringing the '618 patent practice TWW's
23      '926 patent?
24      A    Yes, that is very clear.
25      Q    But you've offered opinions that