**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

THE COLEMAN COMPANY, INC.,

        Plaintiff/Counterclaim Defendant,

        v.

TEAM WORLDWIDE CORPORATION,

        Defendant/Counterclaim Plaintiff,

and

CHENG-CHUNG WANG,

        Counterclaim Plaintiff.

C.A. No: 2:20-cv-351-RGD

**PLAINTIFF/COUNTERCLAIM DEFENDANT THE COLEMAN
COMPANY, INC.'S RESPONSE TO MOTION TO SEAL (ECF NO. 153)**

Plaintiff/Counterclaim Defendant The Coleman Company, Inc. ("Coleman"), by counsel and pursuant to Local Civil Rule 5(C), submits this response to the Motion to Seal filed by Defendant/Counterclaim Plaintiff Team Worldwide Corporation ("TWW") at ECF No. 153.

Coleman has no objection to the **UNSEALING** of TWW's unredacted opposition to Coleman's Motion for Summary Judgment and the accompanying Exhibit B, which is an excerpt of the deposition testimony of one of Coleman's experts, Professor Wayne Li. Coleman has not designated Professor Li's opinion testimony in that deposition excerpt as "Attorneys Eyes Only" under the Protective Order, and Coleman has publicly filed Professor Li's opening expert report in support of its Motion for Summary Judgment. (*See* ECF No. 135-5).

By:   *s/R. Braxton Hill, IV*
      R. Braxton Hill, IV (VSB 41539)
      Michael W. Smith (VSB 01125)
      CHRISTIAN & BARTON, LLP
      901 East Cary Street, Suite 1800

Richmond, Virginia 23219
Tel: (804) 697-4100
Fax: (804) 697-4112
bhill@cblaw.com
msmith@cblaw.com

John W. Harbin (*pro hac vice*)
Gregory J. Carlin (*pro hac vice*)
David S. Moreland (*pro hac vice*)
Steven M. Philbin (*pro hac vice*)
MEUNIER CARLIN &
    CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
(404) 645-7700
jharbin@mcciplaw.com
gcarlin@mcciplaw.com
dmoreland@mcciplaw.com
sphilbin@mcciplaw.om

*Counsel for the Plaintiff,*
*The Coleman Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2021, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of

such filing (NEF) to all counsel of record.

By:      *s/R. Braxton Hill, IV*
        R. Braxton Hill, IV (VSB 41539)
        CHRISTIAN & BARTON, LLP
        901 East Cary Street, Suite 1800
        Richmond, Virginia 23219
        Tel: (804) 697-4100
        Fax: (804) 697-4112
        bhill@cblaw.com

        *Counsel for the Plaintiff,*
        *The Coleman Company, Inc.*