## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

THE COLEMAN COMPANY, INC.,

        Plaintiff/Counterclaim Defendant,

        v.

TEAM WORLDWIDE CORPORATION,

        Defendant/Counterclaim Plaintiff,

and

CHENG-CHUNG WANG,

        Counterclaim Plaintiff.

C.A. No: 2:20-cv-351-RGD

### PLAINTIFF/COUNTERCLAIM DEFENDANT THE COLEMAN COMPANY, INC.'S RESPONSE TO MOTION TO SEAL (ECF NO. 166)

Plaintiff/Counterclaim Defendant The Coleman Company, Inc. ("Coleman" or "Plaintiff"), by counsel and pursuant to Local Civil Rule 5(C), submits this response to the Motion to Seal filed by Defendant/Counterclaim Plaintiff Team Worldwide Corporation ("TWW") at ECF No. 166.

Coleman requests the Court to maintain **<u>UNDER SEAL</u>** TWW's unredacted Memorandum in Support of Motion to Strike and Exclude Portions of Expert Testimony of Mr. Gary Olsen (ECF No. 169), and the exhibits thereto:

    Exhibit A – Amended [Damages] Expert Report of Gary D. Olsen;

    Exhibit B – Rebuttal [Damages] Report of Nicha Marie Mody, Ph. D.;

    Exhibit C – Reply [Damages] Expert Report of Gary D. Olsen.

The foregoing unredacted memorandum and damages expert reports by Mr. Olsen and Dr. Mody reflect Coleman's commercially sensitive and confidential financial information, including material terms of confidential licenses and settlement agreements with third parties.

Pursuant to Local Civil Rule 5(2), Coleman states that the commercially sensitive financial information reflected in the unredacted memorandum and the damages expert reports by Mr. Olsen and Dr. Mody is not generally known, has economic value to Coleman, and constitutes Coleman's competitively-sensitive business information. *See In re Knight Publ'g Co.,* 743 F.2d 231 (4th Cir. 1984); *see also Level 3 Commc'ns, LLC v. Limelight Networks, Inc.,* 611 F.Supp.2d 572, 577 (E.D. Va. 2009) (stating that courts may "refuse" to permit their files to serve . . . as sources of business information that might harm a litigant's competitive standing") (quoting *Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 57-98 (1978)). Disclosure of this non-public information could potentially harm Coleman's competitive standing. The potential harm to Coleman resulting from public disclosure far outweighs any prejudice to the general public caused by nondisclosure of the information. Coleman therefore has a legitimate interest that warrants an order granting the sealing of the unredacted memorandum and damages expert reports by Mr. Olsen and Dr. Mody.

Pursuant to Local Civil Rule 5(3), Coleman acknowledges that there are three requirements for sealing court filings: (1) public notice with an opportunity to object; (2) consideration of less drastic alternatives; and (3) a statement of specific findings in support of a decision to seal and rejecting alternatives to sealing. *See, e.g., Flexible Benefits Council v. Feltman,* No. 1:08-CV-371, 2008 US. Dist. LEXIS 93039 (E.D. Va. Nov. 13, 2008) (citing *Ashcraft v. Conoco, Inc.,* 218 F.3d 282, 288 (4th Cir. 2000)). TWW has provided public notice of the sealing motion, (see ECF No. 168), and it does not appear that any member of the public has filed and objection to the Motion to Seal. Short of the maintaining the unredacted memorandum and damages expert reports by Mr. Olsen and Dr. Mody under seal, there are no less drastic alternatives that appropriately enable Coleman to preserve the confidential nature of the materials.

The third *Ashcraft* consideration is satisfied by findings of fact in the Proposed Order accompanying this response.

Pursuant to Local Civil Rule 5(4), Coleman requests that the unredacted Memorandum in Support of Motion to Strike and Exclude Portions of Expert Testimony of Mr. Gary Olsen (ECF No. 169), and Exhibits A-C thereto, remain sealed until forty-five (45) days after the final resolution of this matter and then, returned to counsel for Coleman.

By:  *s/R. Braxton Hill, IV*
     R. Braxton Hill, IV (VSB 41539)
     Michael W. Smith (VSB 01125)
     CHRISTIAN & BARTON, LLP
     901 East Cary Street, Suite 1800
     Richmond, Virginia 23219
     Tel: (804) 697-4100
     Fax: (804) 697-4112
     bhill@cblaw.com
     msmith@cblaw.com

     John W. Harbin (*pro hac vice*)
     Gregory J. Carlin (*pro hac vice*)
     David S. Moreland (*pro hac vice*)
     Steven M. Philbin (*pro hac vice*)
     MEUNIER CARLIN &
        CURFMAN LLC
     999 Peachtree Street NE, Suite 1300
     Atlanta, Georgia 30309
     (404) 645-7700
     jharbin@mcciplaw.com
     gcarlin@mcciplaw.com
     dmoreland@mcciplaw.com
     sphilbin@mcciplaw.om

     *Counsel for the Plaintiff,*
     *The Coleman Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:        *s/R. Braxton Hill, IV*
           R. Braxton Hill, IV (VSB 41539)
           CHRISTIAN & BARTON, LLP
           901 East Cary Street, Suite 1800
           Richmond, Virginia 23219
           Tel: (804) 697-4100
           Fax: (804) 697-4112
           bhill@cblaw.com

           *Counsel for the Plaintiff,*
           *The Coleman Company, Inc.*