# EXHIBIT A



999 Peachtree Street NE | Suite 1300, Atlanta, GA 30309
O: 404-645-7700   F: 404-645-7707   mcciplaw.com

**David S. Moreland**
Direct 678.869.7749
dmoreland@mcciplaw.com

July 30, 2021

**VIA E-MAIL ONLY**
*michaelw@ruyakcherian.com*

Michael Woods
RuyakCherian LLP
1901 L Street NW, Suite 700
Washington, DC 20036

**Re**: *Coleman v. Team Worldwide Corporation –*
**Asserted Claims and Previously Undisclosed Invalidity Reference**

Counsel:

We write to address two issues:

First, in an effort to reduce the issues that will need to be resolved by the Court and/or tried in this case, Coleman provides notice that it is narrowing its asserted claims to the following: Claims 1, 2, 15, 16, and 17 of U.S. Patent No. 7,089,618 ("the '618 patent").

Second, Coleman provides notice that it objects to any attempt by TWW to argue at summary judgment or trial an invalidity position based on alleged factual support first disclosed by Dr. Stevick during the exchange of initial expert reports. In particular, Dr. Stevick's opening report addressing the validity of the '618 patent asserted that certain claims of the patent are invalid under 35 U.S.C. § 102 in view of alleged prior sales of a TWW product. That theory was further accompanied by a previously undisclosed document alleging purported sales of the TWW products. The late disclosure of this new theory and alleged factual support—both well after the close of fact discovery—is improper. Accordingly, should TWW attempt to rely on this position going forward, Coleman will take those actions necessary to preclude TWW from doing so.

If you would like to discuss any of the issues above, please let me know.

Regards,

/s/ *David S. Moreland*

David S. Moreland
Principal