# EXHIBIT C

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF VIRGINIA

 3

 4   THE COLEMAN COMPANY, INC.,    )
                                   )
 5             Plaintiff,          )
                                   )
 6        vs.                      ) No. 2:2020cv00351
                                   )
 7   TEAM WORLDWIDE CORPORATION,   )
                                   )
 8             Defendant.          )
     _____)

 9

10

11

12     VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF

13                  GLEN STEVICK, PhD

14               FRIDAY, AUGUST 20, 2021

15

16

17

18

19

20

21

22   REPORTED BY:

23   MARLA SHARP, RPR, CLR, CCRR, CA CSR 11924,

24   OR CSR 17-0446, UT CSR 11917368-7801

25   JOB NO. 198265
```

Page 8

| | | |
|---|---|---|
| 1 | MR. HARKINS: And Robert Harkins of | 09:03 |
| 2 | RuyakCherian LLP for Team Worldwide and the | 09:03 |
| 3 | deponent. | 09:03 |
| 4 | THE VIDEOGRAPHER: Thank you. | 09:03 |
| 5 | Would the court reporter please swear in | 09:03 |
| 6 | the witness. | 09:03 |
| 7 | GLEN STEVICK, PhD, | 09:03 |
| 8 | called as a witness, having been duly | 09:03 |
| 9 | sworn by the certified shorthand | 09:03 |
| 10 | reporter, was examined and testified as | 09:03 |
| 11 | follows: | 09:03 |
| 12 | THE COURT REPORTER: Thank you. | 09:03 |
| 13 | Counsel, please proceed. | 09:03 |
| 14 | EXAMINATION | 09:03 |
| 15 | BY MR. HARBIN: | 09:03 |
| 16 | Q   Dr. Stevick, would you state your full | 09:03 |
| 17 | name, please. | 09:03 |
| 18 | A   Sure. It's Glen Stevick. | 09:03 |
| 19 | Q   Okay. And we have met before. But, for | 09:03 |
| 20 | the record, I'm John Harbin. I'll be asking you | 09:03 |
| 21 | some questions about background -- your opinions and | 09:03 |
| 22 | background information. | 09:04 |
| 23 | You've given depositions before, correct? | 09:04 |
| 24 | A   Yes, sir. | 09:04 |
| 25 | Q   Can you approximate how many times you've | 09:04 |

Page 89

| | | |
|---|---|---|
| 1 | Q You see that? | 11:00 |
| 2 | A Yes. | 11:00 |
| 3 | Q You understand that 1- -- obviousness under | 11:00 |
| 4 | section 103 of the patent law is different from 102. | 11:00 |
| 5 | A Of course. | 11:00 |
| 6 | Q But you're incorporating, in part of your | 11:00 |
| 7 | 102 analysis, obviousness principles -- | 11:00 |
| 8 | A Right. | 11:00 |
| 9 | Q -- obviousness principles, correct? | 11:00 |
| 10 | A Sure, because some people might get stuck | 11:00 |
| 11 | on the fact that a discontinuous I-beam and a coil | 11:00 |
| 12 | are the same thing. And if you're going to be stuck | 11:00 |
| 13 | on that, okay. Here you go. But they're really the | 11:00 |
| 14 | same. | 11:00 |
| 15 | So we're addressing it every way, so it | 11:00 |
| 16 | really doesn't matter which view you take. But in | 11:00 |
| 17 | engineering analysis, when we have a strip run into | 11:00 |
| 18 | a flat surface, we often treat that as an I-beam for | 11:00 |
| 19 | analysis. | 11:00 |
| 20 | Q Let's go back to Aoki, which, again, is | 11:01 |
| 21 | Exhibit 9. | 11:01 |
| 22 | A Sure. | 11:01 |
| 23 | Q And I want to ask you about paragraph 127 | 11:01 |
| 24 | of your opening report. It says -- it cites Aoki as | 11:01 |
| 25 | teaching that: | 11:01 |

Page 253

| | | |
|---|---|---|
| 1 | not grabbed in use.  And it's a highly deformable | 04:37 |
| 2 | apparatus.  It's an inflatable bed.  So when you | 04:37 |
| 3 | grab it, you deform it and change the characteristic | 04:37 |
| 4 | of that peripheral air bag. | 04:37 |
| 5 | Q    Let's talk about your manometer test. | 04:37 |
| 6 | A    Sure. | 04:37 |
| 7 | Q    You conducted it by placing one end of the | 04:37 |
| 8 | tube underneath the air mattress? | 04:37 |
| 9 | A    Correct. | 04:37 |
| 10 | Q    What does the manometer test measure? | 04:37 |
| 11 | A    It shows that you get a high pressure when | 04:37 |
| 12 | you get on, forcing air out.  And when you move, get | 04:37 |
| 13 | off, that corresponds to when you reverse the load | 04:37 |
| 14 | on a suction cup.  You pull a vacuum. | 04:38 |
| 15 | Q    Sir, in fairness, as engineering, a | 04:38 |
| 16 | manometer measures pressure changes, correct? | 04:38 |
| 17 | A    Yes. | 04:38 |
| 18 | Q    Okay.  A manometer does not test for | 04:38 |
| 19 | airflow, correct? | 04:38 |
| 20 | A    No.  But we know that air flows from high | 04:38 |
| 21 | pressure to low pressure. | 04:38 |
| 22 | Q    Okay. | 04:38 |
| 23 | A    So we know -- in fact, many flowmeters are | 04:38 |
| 24 | actually based on calibration of a preference | 04:38 |
| 25 | difference test. | 04:38 |

Page 304

```
 1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

 2            I, Marla Sharp, a stenographic reporter

 3   certified in California, Oregon, and Washington,

 4   hereby certify:

 5            That the foregoing video-recorded

 6   videoconference deposition of GLEN STEVICK, PhD, was

 7   taken remotely before me on August 20, 2021, at

 8   which time the witness was duly remotely sworn by

 9   me;

10            That the testimony of the witness and all

11   colloquy and objections made at the time of the

12   deposition were recorded stenographically by me and

13   thereafter transcribed, said transcript being a true

14   copy of my shorthand notes thereof;

15            That review of the transcript was neither

16   requested nor waived before completion of the

17   deposition; ( ) that the witness has failed or

18   refused to approve the transcript.

19            I further certify I am neither financially

20   interested in the action nor a relative or employee

21   of any attorney of any of the parties.

22            In witness whereof, I have subscribed my

23   name and signature this date, September 2, 2021.
                          Marla Sharp
24   _____
         Marla Sharp, RPR, CLR, CCRR,
25       OR CSR 17-0446, CA CSR 11924, WA CSR 3408
```