# EXHIBIT D

Page 1

1   WILLIAM SINGHOSE, Ph.D -

2             IN THE UNITED STATES DISTRICT COURT

3           FOR THE EASTERN DISTRICT OF VIRGINIA

4                     NORFOLK DIVISION

5   ------------------------------------------X
    THE COLEMAN COMPANY, INC.,
6
                Plaintiff/Counter-claim Defendant,
7

8                vs.

9   TEAM WORLDWIDE CORPORATION,

10              Defendant/Counter-claim Plaintiff.
    ------------------------------------------X
11

12                  ATTORNEYS' EYES ONLY

13      VIDEOTAPED DEPOSITION OF WILLIAM SINGHOSE, Ph.D

14                 taken remotely via ZOOM

15                    Atlanta, Georgia

16               Wednesday, August 18, 2021

17

18  REPORTED BY:
                BOBBIE ZELTMAN
19              Professional Realtime Court Reporter
                and Notary for New York and Florida
20              Located in Fort Lauderdale, Florida

21

22  Job Number   198481

23

24

25

Page 7

```
 1     WILLIAM SINGHOSE, Ph.D -
 2            law firm in Washington, D.C.
 3                 THE VIDEOGRAPHER:  Will the
 4            court reporter please swear in the
 5            witness.
 6                 THE REPORTER:  Raise your right
 7            hand, please, sir.
 8                 Do you solemnly swear that the
 9            testimony you're about to give will be
10            the truth, the whole truth and nothing
11            but the truth, so help you God?
12                 THE WITNESS:  Yes.
13                 THE REPORTER:  Thank you.  Hold on.
14            You may proceed.
15                    WILLIAM SINGHOSE, Ph.D,
16             having been first duly sworn by
17           Barbara R. Zeltman, Notary Public, was
18              examined and testified as follows:
19                         EXAMINATION
20   BY MR. WOODS:
21        Q    Good morning, Dr. Singhose.
22        A    Good morning.
23        Q    My name is Michael Woods and I
24      represent the defendant in this litigation,
25      Team Worldwide Corporation, in a lawsuit by
```

Page 76

```
 1     WILLIAM SINGHOSE, Ph.D - 
 2   BY MR. WOODS:
 3          Q    Looking at the top of Page 28, you
 4     have an image of a cross-section of an
 5     accused TWW product.
 6               Is it your opinion that what's
 7     shown there meets this claim element
 8     involving mattress coils?
 9          A    Yes.
10          Q    And what is your understanding of
11     what is required for something to be a
12     mattress coil in the context of the
13     '618 patent?
14          A    I think the '618 patent mattress
15     coil indicates some physical structure that
16     extends, as it says in the limitation,
17     continuously from the first panel, the top
18     panel to the bottom panel.  So the
19     structures that extend between those two
20     would tend to hold those surfaces, those
21     panels together when it's inflated.
22          Q    So then it's your opinion that
23     what's shown -- strike that.
24               Is it your opinion then that it
25     just needs to be something that holds those
```

```
                                              Page 77
 1   WILLIAM SINGHOSE, Ph.D - A
 2      two that run continuously from the first
 3      panel to the second panel?
 4              MR. MORELAND:  Object to scope.
 5         Foundation.
 6              Go ahead.
 7      A    Yes, the '618 doesn't clarify what
 8      exactly these should look like in detail.
 9      There's just some material that extends from
10      the top to the bottom and the obvious use of
11      those is that when you put air in here, it
12      stops the two surfaces from spreading too
13      far apart.
14              MR. WOODS:  Bear with me just a
15         moment.
16              Dr. Singhose, I've uploaded to the
17         Chat feature what's been marked as
18         Exhibit 7.
19              Please let me know when you have
20         that downloaded and open, please.
21              THE WITNESS:  Okay.  I have
22         that downloaded and open.
23              (Singhose Exhibit 7, US Patent
24         No. 7,089,618 to Metzger,
25         COLEMAN_0000001 through
```

Page 78

```
 1     WILLIAM SINGHOSE, Ph.D -
 2           COLEMAN_0000009, was marked for
 3           Identification.)
 4   BY MR. WOODS:
 5        Q    You have in front of you what's
 6     been marked as Singhose Exhibit 7.
 7               It is US Patent Number 7,089,618.
 8     It is a nine-page document with a beginning
 9     Bates number in the lower right -- starting
10     in the lower right of the first page of
11     COLEMAN_0000001.
12               Are you familiar with this
13     document?
14        A    Yes.
15        Q    If you can go please to Column 5
16     and I'm looking at the paragraph that begins
17     about Line 11.
18               Let me know when you're there.
19        A    Okay.
20        Q    It says in this paragraph beyond
21     the second line, it says, "Each coil 18 has
22     a first elongated member 19 and a space
23     second elongate member 20 joined at one end
24     to a first plate 21 and at a space second
25     end to a second plate 23."
```

```
                                                      Page 79
 1    WILLIAM SINGHOSE, Ph.D -
 2                  Is it your understanding that the
 3    claim limitations which require mattress
 4    coils in the '618 are limited to this
 5    description in the specification about a
 6    coil?
 7               MR. MORELAND:  Object to scope.
 8               Go ahead.
 9         A     No, I do not think there's mention
10    of limited to the description of a coil that
11    is just in that one part of the patent
12    because the coils and their properties are
13    discussed in other parts of the patent as
14    well.
15    BY MR. WOODS:
16         Q     I'm sorry.  I was on mute again.
17    Thank you.
18               If you can go back please to
19    Exhibit 1 at the top of Page 28 again and
20    just let me know when you're there.
21         A     Okay.
22         Q     I'm sorry.  Did you say you're
23    there?
24         A     Yes, I'm there.
25         Q     Oh, okay.  Apologies.  I didn't get
```

```
 1    WILLIAM SINGHOSE, Ph.D -

 2                   C E R T I F I C A T E

 3    STATE OF FLORIDA     )
                           : ss.
 4    COUNTY OF BROWARD    )

 5               I, BARBARA R. ZELTMAN, a Professional
 6          Realtime Court Reporter and Notary Public,
 7          within and for the State of Florida, do
 8          hereby certify:
 9               That WILLIAM SINGHOSE, Ph.D, the
10          witness whose deposition is hereinbefore
11          set forth, was duly sworn by me and that
12          such deposition is a true record of the
13          testimony given by the witness.
14               I further certify that I am not
15          related to any of the parties to this
16          action by blood or marriage, and that I
17          am in no way interested in the outcome of
18          this matter.
19               IN WITNESS WHEREOF, I have hereunto
20          set my hand this 30th day of August,
21          2021.
22                         _____
                           Barbara Zeltman
23                         BARBARA R. ZELTMAN
                           Professional Realtime Reporter
24                         and Notary Public
                           COMM NO. HH 133639
25                         EXP:  August 9, 2025
```