# Civil Minutes

| | |
|---|---|
| Time Set: | 12:00 p.m. |
| Start Time: | 12:07 p.m. |
| End Time: | 1:16 p.m. |

| | | | |
|---|---|---|---|
| The Coleman Company, Inc. | Civil Case Number: | | 2:20cv351 |
| ( X ) Plaintiff  (  ) Government | Date: | | Feb. 9, 2022 |
| vs. | Presiding Judge: | | Lawrence R. Leonard |
| | Court Reporter | | Jody Stewart, OCR |
| Team Worldwide Corporation | Courtroom Deputy: | | L. Woodcock |
| Defendant(s) | | | |

Proceedings:

This matter came before the Court on the Motion for Sanctions (208) and Motion to Seals (211, 219).

Warren Thomas and R. Braxton Hill IV appeared on behalf of Plaintiff.  William Poynter, James M. Woods and Alexandra Gabriel appeared on behalf of Defendant.

The Court addresses the Motions to Seal.  Argument by Mr. Poynter and Mr. Thomas heard.  The Court GRANTS the Motions to Seal (211, 219).  The Court admonishes the parties regarding sealing motions and the court's rules.

The Court hears argument on the Motion for Sanctions by Mr. Thomas and Mr. Poynter.  Comments and questions by the Court.  Rebuttal by Mr. Thomas.

The Court finds that the Order was clear and TWW has violated this Court's order.  Coleman is awarded reasonable expenses and attorneys' fees for reasons stated on the record.

Coleman is directed to file a motion within 14 days setting forth what they believe they are entitled to.  TWW is directed to produce invoices, as outlined on the record, by close of business 2/11/22.

The Court to prepare a written Order.

The Court notes that filing an objection will not stay this Order.

Court in recess.