IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

THE COLEMAN COMPANY, INC.,

    Plaintiff/Counter-Defendant,

v.

CIVIL NO. 2:20cv351

TEAM WORLDWIDE CORPORATION,

    Defendant/Counter-Plaintiff,

and

CHENG-CHUNG WANG,

    Counter-Plaintiff.

## ORDER

This matter comes before the Court on its own initiative. Trial in this matter is currently set to begin on Tuesday, March 15, 2022. During the motions hearing on February 1, 2022, the Court warned the parties about the possibility of a trial continuance due to COVID-19 trial restrictions and the possibility of criminal trial matters filling the Court's capacity. Upon further review of the master trial calendar, it still appears likely that certain criminal trials set during trial in this matter will take precedence. The Court is also concerned with giving the parties adequate time for any foreign witnesses to comply with any COVID-19 travel protocols.

Considering the above, the Court **ORDERS** the parties to contact Ms. Lori Baxter, Courtroom Deputy, regarding a new trial date in this matter. The parties **SHALL** contact Ms. Baxter with proposed dates no later than **Thursday, February 17, 2022 at noon**. Failure to strictly adhere to this deadline shall result in the Court itself choosing the date for continuance of trial,

1

which shall not be moved for any reason. In any event, trial in this matter shall not begin later than **Thursday, August 4, 2022**.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

/s/ Robert G. Doumar
Senior United States District Judge

Norfolk, VA
February 10, 2022