IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| THE COLEMAN COMPANY, INC., § § *Plaintiff/Counterclaim Defendant,* § § v. § § TEAM WORLDWIDE CORPORATION, § § *Defendant/Counterclaim Plaintiff,* § § and § § CHENG-CHUNG WANG, § § *Counterclaim Plaintiff.* § | Civil Action No. 2:20-cv-351-RGD JURY TRIAL DEMANDED |

### DEFENDANT/COUNTERCLAIM PLAINTIFF TEAM WORLDWIDE CORPORATION'S RESPONSE TO ORDER REGARDING BIFURCATION

On February 4, 2022, the Court ordered the parties to provide any objections or comments to bifurcating the liability/defense and damages phases of the pending trial. *See* ECF No. 233. Team Worldwide Corporation ("TWW") does not object to the Court's proposal for bifurcation in this matter. The pending trial will include patents asserted by both sides, and TWW's asserted patent is prior art to Coleman's asserted patent. As such, the potential for juror confusion regarding the damages asserted by each party is high. TWW agrees that the Court's proposed bifurcation in this particular matter may increase juror focus by minimizing the issues presented to the jury in each trial phase. Here, bifurcation may also promote efficiency should certain damages issues not require adjudication following the liability phase.

Dated: February 18, 2022

Respectfully submitted,

By: /s/ *Alexandra M. Gabriel*
Alexandra M. Gabriel (VSB No. 89185)
William R. Poynter (VSB No. 48672)
David Sullivan (VSB No. 45027)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Phone: 757.238.6383
Fax: 757.304.6175
agabriel@kaleolegal.com
wpoynter@kaleolegal.com
dsullivan@kaleolegal.com

Thomas M. Dunham (pro hac vice)
J. Michael Woods (pro hac vice)
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560
tomd@ruyakcherian.com
michaelw@ruyakcherian.com

Korula Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave., Ste. 350
Berkeley, CA 94702
Telephone: (510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

*Attorneys for Team Worldwide Corporation and Cheng-Chung Wang*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing on February 18, 2022 with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered users.

By: /s/ *Alexandra M. Gabriel*
Alexandra M. Gabriel (VSB No. 89185)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Phone: 757.238.6383
Fax: 757.304.6175
agabriel@kaleolegal.com