IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| THE COLEMAN COMPANY, INC., )<br>      Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>TEAM WORLDWIDE CORPORATION, )<br>      Defendant/Counter-Plaintiff, )<br>)<br>and )<br>)<br>CHENG-CHUNG WANG, )<br>      Counter-Plaintiff. )<br>_____ ) | Civil Action No. 2:20CV351 (RCY) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that the Report and Recommendation (ECF No 275) is ACCEPTED and ADOPTED.

The Clerk is **DIRECTED** to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so **ORDERED**.

Norfolk, Virginia
Date: June 14, 2022

/s/ Rcy
Roderick C. Young
United States District Judge